JENNIE PARSLOW, as Administratrix of the Estate of HARVEY G. PARSLOW, Deceased, Appellant, *v.* TOWN OF WILLIAMSON, Respondent.

(Argued November 21, 1934; decided December 7, 1934.)

*Harry A. Sessions* for appellant.

*Charles T. Ennis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.